THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE  CITED OR RELIED ON AS PRECEDENT IN 
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Gloria Y. Leevy and Gregory K. Leevy,       
Appellants,
 
 
 

v.

 
 
 
Robert F. Anderson, Dana Elizabeth Wilkinson, and Anderson and Associates, 
 P. A.,        Respondents.
 
 
 

Appeal From Richland County
Marc H. Westbrook, Circuit Court Judge

Memorandum Opinion No. 2004-MO-029
Heard May 13, 2004 - Filed June 7, 2004

AFFIRMED

 
 
 
Gloria Y. Leevy and Gregory Leevy, of Columbia, pro se.
John A. Massalon, of Wills & Massalon, LLC, and Susan Taylor Wall, of Parker, 
 Poe, Adams & Bernstein, LLP, of Charleston, for Respondents.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), 
 SCACR, and the following authorities:  Smith v. Haynsworth, Marion, McKay 
 & Geurard, 322 S.C. 433, 435, 472 S.E.2d 612, 613 (1996)(plaintiff in 
 a legal malpractice case must establish the standard of care by expert testimony); 
 Brown v. Theos, 345 S.C. 626, 550 S.E.2d 304 (2001)(plaintiff must show 
 he or she would most likely have been successful in the underlying suit if the 
 attorney had not committed the alleged malpractice); McGee v. Bruce Hosp. 
 System, 344 S.C. 466, 545 S.E.2d 286 (2001)(liability must be established 
 before a plaintiff can seek punitive damages); Greenville Mem'l Auditorium 
 v. Martin, 301 S.C. 242, 391 S.E.2d 546 (1990) (appellate court will not 
 review failure to give a requested jury charge where the request to charge does 
 not appear on the record).
AFFIRMED.
MOORE, A.C.J., WALLER, BURNETT, PLEICONES, JJ., 
 and Acting Justice G. Edward Welmaker., concur.